SUZANNE L. DECKER, Trustee
1271 Washington Ave. #318
San Leandro, Ca. 94577
Telephone: (510) 483-4334

**FILED** 

JUL - 2 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re:<br>INC. CORONA NETWORKS<br><br>Debtor(s) | Case No. 03-55396-MM<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS |
|---|---|

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $5,615.24. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 33 | Ravi Rastogi<br>611 Laurel Glen Terrace,<br>Fremont, Ca. 94539 | $3,327.08 | $3,327.08 |
| 33 | Ravi Rastogi<br>Same | $71,350.00 | $2,288.16 |

Dated: 6/30/08

Total $5,615.24

Suzanne L. Decker, Trustee