SUZANNE L. DECKER, Trustee
1271 Washington Ave. #318
San Leandro, Ca. 94577
Telephone: (510) 483-4334

**FILED**

AUG 1 4 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 03-55396 MM |
|---|---|
| CORONA NETWORKS, INC.<br>Debtor(s) | Chapter 7<br>NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT: Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $15,165.24. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 17 | Certified Document Destruction, 555 S. Rose Avenue, Anaheim, Ca. 92805 | $183.15 | $15.57 |
| 14 | Sanmina Corporation, 2700 N. 1st St., San Jose, Ca. 95134 | $12,316.64 | $1046.79 |
| 35 | Nortel Network Ltd, 8200 Dixie Rd., GMS036NO148, Brampton, ON.5P6. | $164,212.50 | $13,956.50 |
| 55 | Elwin Stelzer, 1912 Via Reggio, San Jose, Ca. 95132 | $1722.33 | $146.38 |

Dated: 8/11/09

Total $15,165.24

/s/ Suzanne L. Decker, Trustee